IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN WHITE, Individually, and as Executrix of the ESTATE OF JERE F. WHITE, Deceased,<br><br>Plaintiff,<br>v.<br><br>TENOLD TRANSPORTATION (2005) LTD. d/b/a TENOLD TRANSPORTATION LIMITED PARTNERSHIP (a/k/a TENOLD TRANSPORTATION LP) and MARIOUS M'BIKATA,<br><br>Defendants. | Civil Action File No.<br>1:11-CV-2997-JOF |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Carolyn White, Individually and as Executrix of the Estate of Jere F. White, Deceased, Tenold Transportation (2005) Ltd. d/b/a Tenold Transportation Limited Partnership (a/k/a Tenold Transportation LP) and Marious M’Bikata, the parties to the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-styled case with prejudice.

Dated on April 26, 2012.

Stipulated to:

**FRIED ROGERS GOLDBERG LLC**

/s/ *Joseph A. Fried*
JOSEPH A. FRIED
GEORGIA STATE BAR NUMBER 277251
joe@frg-law.com
JENNIFER LEONHARDT OJEDA
GEORGIA STATE BAR NUMBER 765489
jen@frg-law.com
TWO ALLIANCE CENTER
3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GEORGIA 30326-4275
TELEPHONE: 404-591-1800
FACSIMILE: 404-591-1801

**DANIEL B. SIMON, III, P.C.**

DANIEL B. SIMON, III
GEORGIA STATE BAR NUMBER 646920
POST OFFICE BOX 525
ROCKMART, GEORGIA 30153-0525
TELEPHONE: 770-684-3553
FACSIMILE: 770-684-0357

***ATTORNEYS FOR PLAINTIFF***

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

/s/ *Alan F. Herman*
ALAN F. HERMAN
GEORGIA STATE BAR NUMBER 348350
aherman@hptylaw.com
JENNIFER A. MILLS
GEORGIA STATE BAR NUMBER 142553
jmills@hptylaw.com
303 PEACHTREE STREET, N.E.
SUITE 4000
ATLANTA, GEORGIA 30308-3243
TELEPHONE: 404-614-7400
FACSIMILE: 404-614-7500

***ATTORNEYS FOR DEFENDANTS***

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Times New Roman font, 14 point.

**FRIED ROGERS GOLDBERG LLC**

*/s/ Joseph A. Fried*
JOSEPH A. FRIED
GEORGIA STATE BAR NUMBER 277251

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN WHITE, Individually, and as Executrix of the ESTATE OF JERE F. WHITE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>TENOLD TRANSPORTATION (2005) LTD. d/b/a TENOLD TRANSPORTATION LIMITED PARTNERSHIP (a/k/a TENOLD TRANSPORTATION LP) and MARIOUS M'BIKATA,<br><br>Defendants. | Civil Action File No.<br>1:11-CV-2997-JOF |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this matter by using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

ALAN F. HERMAN, ESQUIRE
aherman@hptylaw.com
JENNIFER A. MILLS, ESQUIRE
jmills@hptylaw.com
*(Counsel for Defendants)*

Dated on April 26, 2012.

**FRIED ROGERS GOLDBERG LLC**

/s/ *Joseph A. Fried*

JOSEPH A. FRIED
GEORGIA STATE BAR NUMBER 277251
joe@frg-law.com
JENNIFER LEONHARDT OJEDA
GEORGIA STATE BAR NUMBER 765489
jen@frg-law.com

TWO ALLIANCE CENTER
3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GEORGIA 30326-4275
TELEPHONE: 404-591-1800
FACSIMILE: 404-591-1801